| | | |
|---|---|---|
| JAMES MILLION and | * | CIVIL ACTION |
| GLORIA MILLION | * | |
| | * | NO.: 3:17-cv-00060-SDD-RLB |
| | * | |
| VERSUS | * | JUDGE SHELLY D. DICK |
| | * | |
| EXXON MOBIL CORPORATION, | * | MAGISTRATE RICHARD L. |
| ET AL | * | BOURGEOIS |

**************************************************************************

## ANSWER AND AFFIRMATIVE DEFENSES
## ON BEHALF OF BROCK SERVICES, LLC

NOW INTO COURT, through undersigned counsel, comes defendant, BROCK SERVICES, LLC, who, in response to plaintiff's Original Complaint (R.Doc. 1), First Amended Complaint (R.Doc. 18), and Second Amended Complaint (R.Doc. 24), denies each and every allegation contained therein except such as may be hereinafter specifically admitted. And now, answering each paragraph of the complaints, defendant avers:

## ANSWER TO ORIGINAL COMPLAINT

In answer to the Original Complaint, Brock Services, LLC responds as follows:

1.

The allegations contained in paragraph 1 under the title "NATURE OF ACTION," is denied for lack of sufficient information to justify a belief therein.

2.

Brock Services, LLC, denies for lack of sufficient information to justify a belief therein all of the allegations in paragraphs 1 through 9 under the heading "PARTIES" except as to admit that Brock Services, LLC, is a limited liability company with its principal place of business in Houston, Texas. The sole member of Brock Services, LLC, is Brock Holdings III, Inc., a Delaware corporation with its principal place of business located in Houston, Texas. Brock Holdings III, Inc.

is solely owned by Brock Holdings II, Inc., a Delaware corporation with its principal place of business located in Houston, Texas. Brock Holding II, Inc., is solely owned by The Brock Group, Inc., a Delaware corporation with its principal place of business located in Houston, Texas.

3.

The allegations contained in paragraph 2 through 4 under the heading "<u>JURISDICTION AND VENUE</u>" are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraphs 5 through 15 under the heading <u>FACTULA (sic) ALLEGATIONS</u>" are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 16 under the heading "<u>STATEMENT OF RELIEF</u>" do not call for a response from your defendant.

6.

The allegations contained in paragraph 17 under the heading "<u>COUNT I (NEGLIGENCE</u>" do not call for a response from your defendant.

7.

The allegations contained in paragraph 18 under the heading "<u>COUNT I (Negeligence)</u>," subparagraphs (a) through (g), are denied.

8.

The allegations contained in paragraph 19 under the heading "<u>COUNT I (Negligence)</u>," is denied.

9.

Brock Services, LLC, denies the allegations contained in the unnumbered paragraph which begins, "WHEREFORE, plaintiffs James Million and Gloria Million..." under the heading "COUNT I (Negligence)."

10.

The allegations contained in paragraph 20 under the heading "COUNT II (Strict Liability)" do not call for a response from your defendant.

11.

The allegations contained in paragraphs 21 through 25 under the heading "COUNT II (Strict Liability)" are denied.

12.

Brock Services, LLC, denies the allegations contained in the unnumbered or misnumbered paragraphs and in the prayer for relief (beginning with "WHEREFORE") under the heading "COUNT II (Strict Liability."

13.

The allegations contained in paragraph 26 under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315" do not call for a response from your defendant.

14.

The allegations contained in paragraphs 27 through 30 under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315" are denied.

15.

Brock Services, LLC, denies the allegations contained in the unnumbered or misnumbered paragraphs and in the prayer for relief (beginning with "WHEREFORE") under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315."

16.

The allegations contained in the paragraph entitled "PRAYER FOR RELIEF" are denied.

**ANSWER TO FIRST AMENDED COMPLAINT**

In answer to the specific allegations of the First Amended Complaint, Brock Services, LLC, avers as follows:

1.

The allegations contained in paragraph 1 under the heading "NATURE OF ACTION" are denied.

2.

Brock Services, LLC, denies for lack of sufficient information to justify a belief therein all of the allegations in paragraphs 1 through 12 under the heading "PARTIES" except as to admit that Brock Services, LLC, is a limited liability company with its principal place of business in Houston, Texas. The sole member of Brock Services, LLC, is Brock Holdings III, Inc., a Delaware corporation with its principal place of business located in Houston, Texas. Brock Holdings III, Inc. is solely owned by Brock Holdings II, Inc., a Delaware corporation with its principal place of business located in Houston, Texas. Brock Holding II, Inc., is solely owned by The Brock Group, Inc., a Delaware corporation with its principal place of business located in Houston, Texas.

3.

The allegations contained in paragraph 2 through 4 under the heading "JURISDICTION AND VENUE" are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraphs 5 through 15 under the heading FACTUAL ALLEGATIONS" are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 16 under the heading "STATEMENT OF RELIEF" do not call for a response from your defendant.

6.

The allegations contained in paragraph 17 under the heading "COUNT I (NEGLIGENCE" do not call for a response from your defendant.

7.

The allegations contained in paragraph 18 under the heading "COUNT I (Negeligence)," subparagraphs (a) through (g), are denied.

8.

The allegations contained in paragraph 19 under the heading "COUNT I (Negligence)," is denied.

9.

Brock Services, LLC, denies the allegations contained in the unnumbered paragraph which begins, "WHEREFORE, plaintiffs James Million and Gloria Million…" under the heading "COUNT I (Negligence)."

10.

The allegations contained in paragraph 20 under the heading "COUNT II (Strict Liability)" do not call for a response from your defendant.

11.

The allegations contained in paragraphs 21 through 25 under the heading "COUNT II (Strict Liability)" are denied.

12.

Brock Services, LLC, denies the allegations contained in the unnumbered or misnumbered paragraphs and in the prayer for relief (beginning with "WHEREFORE") under the heading "COUNT II (Strict Liability."

13.

The allegations contained in paragraph 26 under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315" do not call for a response from your defendant.

14.

The allegations contained in paragraphs 27 through 30 under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315" are denied.

15.

Brock Services, LLC, denies the allegations contained in the unnumbered or misnumbered paragraphs and in the prayer for relief (beginning with "WHEREFORE") under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315."

16.

The allegations contained in the paragraph entitled "PRAYER FOR RELIEF" are denied.

## ANSWER TO SECOND AMENDED COMPLAINT

In answer to the specific allegations of the Second Amended Complaint, Brock Services, LLC, avers as follows:

1.

The allegations contained in paragraph 1 under the heading "NATURE OF ACTION" are denied.

2.

Brock Services, LLC, denies for lack of sufficient information to justify a belief therein all of the allegations in paragraphs 1 through 14 under the heading "PARTIES" except as to admit that Brock Services, LLC, is a limited liability company with its principal place of business in Houston, Texas. The sole member of Brock Services, LLC, is Brock Holdings III, Inc., a Delaware corporation with its principal place of business located in Houston, Texas. Brock Holdings III, Inc. is solely owned by Brock Holdings II, Inc., a Delaware corporation with its principal place of business located in Houston, Texas. Brock Holding II, Inc., is solely owned by The Brock Group, Inc., a Delaware corporation with its principal place of business located in Houston, Texas.

3.

The allegations contained in paragraph 2 through 4 under the heading "JURISDICTION AND VENUE" are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraphs 5 through 15 under the heading FACTUAL ALLEGATIONS" are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in paragraph 16 under the heading "STATEMENT OF RELIEF" do not call for a response from your defendant.

6.

The allegations contained in paragraph 17 under the heading "COUNT I (NEGLIGENCE" do not call for a response from your defendant.

7.

The allegations contained in paragraph 18 under the heading "COUNT I (Negeligence)," subparagraphs (a) through (g), are denied.

8.

The allegations contained in paragraph 19 under the heading "COUNT I (Negligence)," is denied.

9.

Brock Services, LLC, denies the allegations contained in the unnumbered paragraph which begins, "WHEREFORE, plaintiffs James Million and Gloria Million..." under the heading "COUNT I (Negligence)."

10.

The allegations contained in paragraph 20 under the heading "COUNT II (Strict Liability)" do not call for a response from your defendant.

11.

The allegations contained in paragraphs 21 through 25 under the heading "COUNT II (Strict Liability)" are denied.

12.

Brock Services, LLC, denies the allegations contained in the unnumbered or misnumbered paragraphs and in the prayer for relief (beginning with "WHEREFORE") under the heading "COUNT II (Strict Liability."

13.

The allegations contained in paragraph 26 under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315" do not call for a response from your defendant.

14.

The allegations contained in paragraphs 27 through 30 under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315" are denied.

15.

Brock Services, LLC, denies the allegations contained in the unnumbered or misnumbered paragraphs and in the prayer for relief (beginning with "WHEREFORE") under the heading "CAUSE OF ACTION LOUISIANA CIVIL CODE ART 2315."

16.

The allegations contained in the paragraph entitled "PRAYER FOR RELIEF" are denied.

**AFFIRMATIVE DEFENSES**

AND NOW, further responding, Brock Services, LLC, asserts the following affirmative defenses:

1.

Plaintiffs have no right of action against Brock Services, LLC.

2.

Plaintiffs have no cause of action against Brock Services, LLC.

3.

Plaintiffs have failed to state a claim, cause of action, and/or right of action against Brock Services, LLC, upon which relief can be granted.

4.

Brock Services, LLC avers that the negligence and other fault of plaintiff contributed to or solely caused the alleged injuries, thus diminishing or barring plaintiffs' recovery.

5.

Brock Services, LLC avers that the alleged injures, if any, were caused by acts or omissions of third parties for whom Brock Services, LLC is not responsible and whose fault is pleaded as a bar, diminution, or mitigation of any recovery by plaintiffs.

6.

Plaintiffs' demands are barred by failure to mitigate, minimize, or abate their alleged damages.

7.

Brock Services, LLC avers that the injuries allegedly sustained by plaintiffs occurred as a result of genetics, lifestyle, preexisting or other medical conditions, causes, or injuries that are completely unrelated to the alleged exposure and/or any actions and/or inactions of Brock Services, LLC, and the existence of these preexisting or other medical conditions, causes, or injuries bars or diminishes the plaintiffs' recovery sought in the Original Complaint, First Amended Complaint and Second Amended Complaint.

8.

Brock Services, LLC, avers that at all times it complied with all applicable laws, regulations and standards.

9.

Brock Services, LLC, avers that any alleged exposure to products, which is denied, was *de minimis* and was not enough to constitute a cause in fact of harm to plaintiffs, *i.e.,* any exposure was not a substantial factor in bringing about the claimed injureis and/or damages, the existence of which has been and continues to be denied.

10.

Brock Services, LLC, avers that the claims of the plaintiffs have prescribed or are otherwise barred by the applicable statute of limitations.

11.

Brock Services, LLC, avers that the claims of the plaintiffs are barred by the exclusivity provisions of the Louisiana Workers' Compensation Act.

12.

Brock Services, LLC, avers that the plaintiffs' claims for punitive damages are prohibited by Louisiana law, as well as the Louisiana and United States Constitutions.

13.

Brock Services, LLC, is entitled to and requests a trial by jury as to all issues.

WHEREFORE, Brock Services, LLC, prays that its answer be deemed good and sufficient and that after due proceedings are had, there be judgment in favor of Brock Services, LLC, and

against the plaintiffs, dismissing the Original Complaint, First Amended Complaint and Second Amended Complaint, with prejudice, at plaintiffs' costs.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

RESPECTFULLY SUBMITTED:

KEOGH , COX & WILSON, LTD.

s/ Andrew Blanchfield
ANDREW BLANCHFIELD (#16812)
701 Main Street (70802)
P. O. Box 1151
Baton Rouge, LA 70821 1151
Telephone:  (225) 383 3796
Facsimile: (225) 343 9612
Email: ablanchfield@keoghcox.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 23rd day of August, 2017.

s/Andrew Blanchfield